**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6979**

———————

WADE STEPNEY, JR., a/k/a Wade Stephney, Jr., a/k/a Wade
Stephney, a/k/a Wade Stepheny, Jr.,

        Plaintiff – Appellant,

    v.

D. BECKWITH, SCDC Warden, Wateree River Correctional
Institution; DEPUTY WARDEN BLANDING; MAJOR BOGGS; CAPTAIN
GASDEN; LIEUTENANT BROWN; SERGEANT DAVIS; SERGEANT HOOSIER,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District
Judge.  (8:09-cv-00771-MBS)

———————

Submitted:  July 30, 2010        Decided:  August 23, 2010

———————

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wade Stepney, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wade Stepney, Jr. appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stepney v. Beckwith, No. 8:09-cv-00771-MBS (D.S.C. Jan. 21, 2010; May 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2